Leslie P. Coleman, appellee, v. Herman Heuser, appellant. Gen. No. 36,538.

621

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.
David D. Stansbury and George F. Callaghan, for appellant. A. H. Brown and A. J. W. Appell, for appellee.
Mr. Justice Gridley delivered the opinion of the court.